### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
**Western Division**

FILED BY __ S.A.M. ____ D.C.

**05 OCT 31  AM 7: 33**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-vs-

**Case No.  2:05cr20377-6-B**

**JOHN JOSEPH BOYD**

---

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING[1] PURSUANT TO
### BAIL REFORM ACT

Upon motion of the Defendant, it is **ORDERED** that a detention hearing is reset for

**MONDAY**, **OCTOBER 31, 2005** at **3:00 P.M.** before United States Magistrate **Judge Tu M.**

**Pham** in **Courtroom No. 6, Third Floor**, United States Courthouse and Federal Building, 167

North Main, Memphis,  TN.  Pending this hearing, the defendant shall be held in custody by the

United States Marshal and produced for the hearing.

Date:   October 28, 2005

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11-1-05_

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT